UTILITIES POWER AND LIGHT CORPORATION, Appellant, v. CONSOLIDATED UTILITIES COMPANY and Others, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

GABRIEL L. HESS, Respondent, v. THE CHURCHMAN COMPANY, Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GABRIEL L. HESS, Respondent, v. THE CHURCHMAN COMPANY, Defendant, Impleaded with GUY EMERY SHIPLER, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LAWRENCE, BLAKE & JEWELL, INC., Appellant, v. BOLIVAR APARTMENTS, INC., and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOHN A. ROSSI, INC., Appellant, v. CHURCH OF ST. ANTHONY, VAN NEST, BRONX, NEW YORK CITY, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Appellant, v. H. ROBERT BURNEY and Others, Defendants, Impleaded with JULIUS MARTINSON, Respondent.— Order affirmed, with twenty dollars costs and disbursements, without prejudice to such equitable action as may be instituted by the plaintiff or by the beneficiaries of the bond issued by the surety. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [145 Misc. 887.]

ALFRED WALTER BRODY, an Infant, by HYMAN BRODY, His Guardian ad Litem, and HYMAN BRODY, Respondents, v. HENRY MORRIS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ISAAC CRONSTINE, Respondent, v. MARGARET FEE and CAROLINE FEE, Copartners, etc., Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

SHELL OIL COMPANY, Respondent, v. DAVID C. REID, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.